Local MIE Form 1A
(7/02)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

ALDO QUADRINI            Crim. No. 09-CR-20196-01

### Order of the Court to Continue Supervision

On December 6, 2010, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation of supervised release. The issue of the violation was heard in Court on December 15, 2010, and the Court made the following findings:

    __X__      Guilty of violating conditions of supervision. The following special conditions of supervision are added.

"The defendant shall participate in the Radio Frequency technology of the Location Monitoring Program for 10 consecutive months and abide by all the requirements of the program. The offender is restricted to his or her residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or, other activities as approved in advance by the probation officer. The defendant shall pay all or part of the costs of the program based upon their ability to pay as directed by the court."

All conditions and special conditions previously imposed remain in full effect.

Respectfully submitted,

s/David Smith
United States Probation Officer
(313) 234-5448

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this __14th__ Day of January, 2011

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on ,by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager